District Judge Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| IN THE MATTER OF ABDUL RAHMAN ALMAGHZAR, INS No. 72-775-104 | No. MS<br><br>ORDER GRANTING EMERGENCY EX PARTE MOTION TO PROVIDE INVOLUNTARY MEDICAL TREATMENT |
|---|---|

      The Department of Homeland Security, Immigration and Customs Enforcement (hereafter "ICE") has filed an ex parte motion for an order permitting it to pursue involuntary feeding of Abdul Rahman Almaghzar (A 72-775-104), who is currently incarcerated as a civil detainee at the Northwest Detention Center in Tacoma, Washington.

      Based on the declaration of Dr. Philip Farabaugh, MD, and information submitted by ICE, I find that there is sufficient cause to believe that without the requested medical testing and treatment, Mr. Almaghzar is in danger of irreparable injury, and possible death. Mr. Almaghzar's current hunger strike poses a serious medical risk to himself.

      A review of the applicable law reveals that the ICE has an affirmative statutory and constitutional duty to care for and treat inmates in its custody. This Court has inherent authority

ORDER GRANTING EMERGENCY EX PARTE
MOTION TO PROVIDE INVOLUNTARY
MEDICAL TREATMENT - 1

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WASHINGTON 98101-1271
TEL. (206) 553-7970

1  to issue an Order requiring the ICE to undertake this affirmative duty, which includes provision
2  of forced feeding with plastic tubes through the nasal passage.  Such treatment should be limited
3  to that which is medically necessary for Mr. Almaghzar.
4     Therefore, IT IS HEREBY ORDERED that ICE may undertake the medical procedures
5  and treatment described herein.  ICE is directed to provide a copy of this order to Mr.
6  Almaghzar and his attorney forthwith.

8     DATED this 13 day of March 2007.

   FRANKLIN D. BURGESS
   UNITED STATES DISTRICT JUDGE

Presented by:

JOHN McKAY
United States Attorney

_____
PRISCILLA T. CHAN
Assistant United State Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail: Priscilla.Chan@usdoj.gov

Attorneys for Moving Party Department of Homeland Security, Immigration and Customs Enforcement

ORDER GRANTING EMERGENCY EX PARTE
MOTION TO PROVIDE INVOLUNTARY
MEDICAL TREATMENT - 2

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WASHINGTON 98101-1271
TEL. (206) 553-7970